# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHAEL MATANKY, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　　　Defendant. | Case No. 2:18-CV-10601-VAR-APP |

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The undersigned attorneys for the parties stipulate and agree that this action may be dismissed with prejudice, it having been fully settled.

## ORDER

This matter, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and based on the above Stipulation and the Court being fully advised in all matters, does order as follows:

Plaintiffs' action is dismissed, with prejudice.


DATED: September 28, 2020     s/ Victoria A. Roberts
                              The Honorable Victoria A. Roberts
                              United States District Judge


Approved and Presented by:

By: */s/ Steve W. Berman*
    Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com

By: */s/ April N. Ross*
    Kathleen Taylor Sooy
    April N. Ross
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 624-2687
Email: ksooy@crowell.com
        aross@crowell.com

Daniel J. LaCombe
BARRIS SOTT DENN DRIKER PLLC
333 W. Fort St.
Suite 1200
Detroit, MI 48226
Tel: (313) 965-9725
Fax: (313) 965-2493

3

Stuart Z. Grossman
Rachel Furst
GROSSMAN ROTH YAFFA COHEN
2525 Ponce de Leon, Suite 1150
Coral Gables, FL 33134
Telephone: (866) 463-3251
Email: szg@grossmanroth.com
      rwf@grossmanroth.com

Jason D. Weisser
SCHULER, HALVORSEN, WEISSER, ZOLLER & OVERBECK
1615 Forum Place, Suite 4
West Palm Beach, FL 33401
Tel: (561) 689-9180
Fax: (561) 684-9683
jweisser@shw-law.com

*Attorneys for Plaintiffs and the Proposed Class*

DLaCombe@bsdd.com

*Counsel for Defendant General Motors LLC*